# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Farrer, Richard B. | 2. Court or Organization<br><br>U.S. District Court for the Western District of Texas | 3. Date of Report<br><br>08/11/2020 |
|---|---|---|
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

655 E. Ceasar E. Chavez Blvd.
San Antonio, Texas 78206

---

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Team Lead | William Sessions Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Farrer, Richard B. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Farrer, Richard B. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Farrer, Richard B. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. WELLS FARGO (cash) (X) | A | Interest | J | T | | | | | |
| 3. RENTAL PROPERTY #1, BEXAR COUNTY, TX (X) | D | Rent | N | W | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. FIDELITY GOVERNMENT CASH RESERVES (cash eq.) (X) (Y) | | | | | | | | | |
| 6. FIDELITY 500 INDEX FUND (FXAIX) (X) | A | Dividend | K | T | Buy | 01/29/19 | K | | |
| 7. FIDELITY FOUR IN ONE INDEX (FFNOX) (X) | C | Dividend | M | T | | | | | |
| 8. IRA #2 (H) | | | | | | | | | |
| 9. AMERICAN FUNDS, GROWTH PORTFOLIO-A (GWPAX) (X) | B | Dividend | K | T | | | | | |
| 10. IRA #3 (H) | | | | | | | | | |
| 11. AMERICAN FUNDS, CAPITAL WORLD GROWTH AND INCOME FUND-A (CWGIX) (X) | A | Dividend | J | T | | | | | |
| 12. AMERICAN FUNDS, EUROPACIFIC GROWTH FUND-A (AEPGX) (X) | A | Dividend | J | T | | | | | |
| 13. AMERICAN FUNDS, GROWTH FUND OF AMERICA-A (AGTHX) (X) | A | Dividend | J | T | | | | | |
| 14. AMERICAN FUNDS, INCOME FUND OF AMERICA-A (AMECX) (X) | A | Dividend | J | T | | | | | |
| 15. AMERICAN FUNDS, SMALLCAP WORLD FUND-A (SMCWX) (X) | A | Dividend | J | T | | | | | |
| 16. IRA #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Farrer, Richard B. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. FIDELITY 500 INDEX FUND (FXAIX) | B | Dividend | L | T | | | | | |
| 18. FIDELITY NASDAQ COMPOSITE INDEX (FNCMX) | B | Dividend | K | T | | | | | |
| 19. IRA #5 (H) | | | | | | | | | |
| 20. FIDELITY 500 INDEX FUND (FXAIX) | D | Dividend | N | T | | | | | |
| 21. IRA #6 (H) | | | | | | | | | |
| 22. FIDELITY NASDAQ COMPOSITE INDEX (FNCMX) | B | Dividend | K | T | | | | | |
| 23. VANGUARD 500 INDEX ADMIRAL (VFIAX) | A | Dividend | L | T | | | | | |
| 24. INVESCO QQQ TR UNIT SER 1 (QQQ) | A | Dividend | K | T | | | | | |
| 25. IRA #7 (H) | | | | | | | | | |
| 26. FIDELITY GOVERNMENT MONEY MARKET (SPAXX) (CASH) (Y) | | | | | | | | | |
| 27. FIDELITY 500 INDEX FUND (FXAIX) | A | Dividend | | | Sold | 06/18/19 | L | A | |
| 28. IRA #8 (H) | | | | | | | | | |
| 29. CITIZENS BANK (CASH) | A | Interest | J | T | | | | | |
| 30. HSBC BANK (CASH) (Y) | | | | | | | | | |
| 31. IRA #9 (H) | | | | | | | | | |
| 32. FIDELITY GOVT MONEY MARKET (SPAXX) (cash eq.) (Y) | | | | | | | | | |
| 33. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Farrer, Richard B. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. FIFTH THIRD BANK (CASH) | A | Interest | J | T | Open | 07/08/19 | J | | |
| 35. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 36. FIFTH THIRD BANK INSURED DEPOSIT (CASH) | A | Interest | K | T | Open | 07/23/19 | J | | |
| 37. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 38. FIDELITY GOVT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 39. FIDELITY 500 INDEX FUND (FXAIX) | A | Dividend | K | T | | | | | |
| 40. BROKERAGE #4 (H) | | | | | | | | | |
| 41. AMERICAN FUNDS, GROWTH PORTFOLIO A (GWPAX) (X) | | None | | | Redeemed | 07/29/19 | J | | |
| 42. COLLEGEAMERICA #1 (H) | | | | | | | | | |
| 43. AMERICAN FUNDS, CAPITAL INCOME BUILDER-529A (CIRAX) (X) | A | Dividend | J | T | | | | | |
| 44. AMERICAN FUNDS, CAPITAL WORLD GROWTH AND INCOME FUND-529A (CWIAX) (X) | A | Dividend | J | T | | | | | |
| 45. AMERICAN FUNDS, GROWTH FUND OF AMERICA-529A (CGFAX) (X) | B | Dividend | K | T | | | | | |
| 46. AMERICAN FUNDS, SMALLCAP WORLD FUND-529A (CSPAX) (X) | A | Dividend | J | T | | | | | |
| 47. COLLEGEAMERICA #2 (H) | | | | | | | | | |
| 48. AMERICAN FUNDS, CAPITAL INCOME BUILDER-529A (CIRAX) (X) | A | Dividend | J | T | | | | | |
| 49. AMERICAN FUNDS, CAPITAL WORLD GROWTH AND INCOME FUND-529A (CWIAX) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Farrer, Richard B. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. AMERICAN FUNDS, GROWTH FUND OF AMERICA-529A (CGFAX) (X) | B | Dividend | K | T | | | | | |
| 51. AMERICAN FUNDS, SMALLCAP WORLD FUND-529A (CSPAX) (X) | A | Dividend | J | T | | | | | |
| 52. EDUCATIONAL SAVINGS PLAN #1 (H) | | | | | | | | | |
| 53. VANGUARD TOTAL STOCK MARKET INDEX | A | Dividend | K | T | | | | | |
| 54. UTMA #1 (H) | | | | | | | | | |
| 55. FIDELITY NASDAQ COMPOSITE INDEX (FNCMX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Farrer, Richard B.** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

FIDELITY 500 INDEX FUND (FXAIX) was FIDELITY 500 INDEX PREMIUM CLASS (FUSVX).

INVESCO QQQ TR UNIT SER 1 (QQQ) was POWERSHARES QQQ TR UNIT SER 1 (QQQ).

VANGUARD 500 INDEX ADMIRAL (VFIAX) was VANGUARD 500 INDEX FD INVESTOR SHS (VFINX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Richard B. Farrer**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544